IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03231-SKC

CHARLIE McTAVISH,

       Plaintiff,

v.

JUNIOR ACHIEVEMENT, USA,

       Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

       Plaintiff Charlie McTavish and Defendant Junior Achievement USA submit this Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefore, state that all matters in controversy between them have been fully and finally settled and compromised.

       WHEREFORE, the parties request that this matter be dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

       Dated this 25th day of March, 2020.

Active/51409061.1

Respectfully submitted,

*s/ Mary Jo Lowrey*
Mary Jo Lowrey
Lowrey Parady Lebsack, LLC
1490 Lafayette Street, Suite 304
Denver, CO  80218
Telephone: 303-593-2595
MaryJo@lowrey-parady.com

ATTORNEYS FOR PLAINTIFF
CHARLIE McTAVISH


*s/ Heather Fox Vickles*
Heather Fox Vickles
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
Telephone: 303-299-8194
Facsimile:  303-298-0940
hvickles@shermanhoward.com

ATTORNEYS FOR DEFENDANT
JUNIOR ACHIEVEMENT, USA


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Mary Jo Lowrey**
**Lowrey Parady Lebsack, LLC**
1490 Lafayette Street, Suite 304
Denver, CO 80218
MaryJo@lowrey-parady.com

*Attorneys for Plaintiff*


*s/ Mary Ann Meise*

2